# In the United States Court of Federal Claims

**No. 03-1442V**
Filed: October 25, 2013
Not to be Published

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| RICHARD THOMAS and KATIE THOMAS, as parents, guardians and next friends of CONNOR THOMAS, a minor, | * * * * * |
| Petitioners, | * * |
| v. | * * |
| SECRETARY OF HEALTH AND HUMAN SERVICES | * * * |
| Respondent. | * * |

Autism; Attorneys' Fees and Costs

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECISION AWARDING ATTORNEYS' FEES AND COSTS[1]

On October 14, 2011, petitioners filed a motion for attorneys' fees and costs. In compliance with Vaccine General Order #9, petitioners filed a statement on December 21, 2011, indicating they personally incurred no costs that are compensable under § 15 (e)(1).

On October 25, 2013, the parties filed a Stipulation of Facts Concerning Attorneys' Fees and Costs. After informal discussions, the parties have agreed on $12,358.79 in attorneys' fees and costs.

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I intend to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), a party has 14 days to identify and move to redact medical or other information, that satisfies the criteria in 42 U.S.C. § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, I agree that the identified material fits within the requirements of that provision, I will redact such material from public access.

1

**The request for attorneys' fees and costs is granted.**  Petitioners are awarded  reasonable attorneys' fees and costs pursuant to §§ 15(b) and (e)(1), as I find that the petition was brought in good faith and upon a reasonable basis, and the amounts requested are reasonable and appropriate.

**Accordingly, I hereby award the total amount of $12,358.79 as follows:**

- **a lump sum of $11,096.84, in the form of a check payable jointly to petitioners and the former law firm of petitioners' counsel, The Wilner Firm; and**

- **a lump sum of $1,261.95, in the form of a check payable jointly to petitioners and petitioners' counsel, Erin Juzapavicus.**

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the Clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED.**

s/Denise K. Vowell
Denise K. Vowell
Chief Special Master

---

[2]   Entry of judgment can be expedited by each party's filing of a notice renouncing the right to seek review.  See Vaccine Rule 11(a).